Andrew Orr (Wyo. State Bar # 7-6235)
HOLLAND & HART LLP
P.O. Box 68
Jackson, WY 83001
Telephone: (307) 739-9741
ACOrr@hollandhart.com

Macrina M. Sharpe (Wyo. State Bar # 7-5757)
HOLLAND & HART LLP
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: (307) 778-4200
MMSharpe@hollandhart.com

ATTORNEYS FOR PETITIONER

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| Ashurst LLP,<br><br>    Petitioner,<br><br>vs.<br><br>Granite Creek Energy LLC,<br><br>    Respondent. | Civil Action No. 25-cv-00234 |

**REQUEST FOR DEFAULT JUDGMENT**

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

Pursuant to Federal Rule of Civil Procedure 55(b)(1), Petitioner Ashurst LLP ("Ashurst"), by and through its undersigned counsel, respectfully requests that the Clerk of this Court enter default judgment in the above-captioned matter against Respondent Granite Creek Energy LLC ("GCE") as follows:

1. On October 9, 2025, Ashurst filed its Petition to Confirm Foreign Arbitration Award (the "Petition") in the above-captioned matter against GCE. ECF No. 1.

2. The Petition seeks to confirm two arbitral awards issued in favor of Ashurst against GCE based on GCE's failure to pay for legal services it admits it received. *Id.* ¶ 1.

3. As detailed in the Petition, Ashurst initiated arbitration in the London Court of Internation Arbitration to recover legal fees from GCE pursuant to the Engagement Letter and incorporated Terms of Business agreed to by GCE. *Id.* ¶¶ 4, 13-14.

4. On May 8, 2025, the arbitrator issued a Final Partial Award ordering GCE to pay Ashurst £7,500. The arbitrator also ordered GCE to pay interest accruing from March 7, 2025 at the rate of 2% above the 3-month Libor rate. *Id.* ¶ 25; Exhibit 4 to ECF No. 1.

5. On June 20, 2025, the arbitrator entered a separate Final Award in favor of Ashurst and against GCE ordering GCE to pay:

    a. £356,039.01 and £184,858 to satisfy Ashurst's invoices ("Invoiced Amounts");

    b. interest on the Invoiced Amounts at the rate of 2% above the 3-month Libor rate;

    c. £57,433.70 in legal costs; and

    d. £12,642.72 in arbitration costs.

*Id.* ¶ 23; Exhibit 3 to ECF 1.

6. The Petition alleged that Libor was discontinued as of 2024 and SONIA ("Sterling Overnight Index Average") is an alternative and comparable interest rate benchmark. ECF No. 1 ¶¶ 26-27 (citing https://www.bankofengland.co.uk/markets/sonia-benchmark) (describing SONIA "as the preferred benchmark for the transition to sterling risk-free rates from Libor.").

7. The Petition included a spreadsheet calculating interest owed to Ashurst by GCE using SONIA in lieu of Libor. *Id.* ¶ 28; Exhibit 5 to ECF No. 1.

8. The Final Partial Award and Final Award (collectively, "Awards") arise from a commercial legal relationship between the parties and, therefore, the Petition alleged that the

Awards are enforceable by this Court pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards ("New York Convention") and 9 U.S.C. § 201, *et. seq*. ECF No. 1 ¶ 10.

9. The Petition further alleged that GCE has no viable defenses to the confirmation of the Final Award or the Partial Award under the New York Convention. *Id*. ¶ 31.

10. The Petition was timely filed within the three-year limitation period pursuant to by 9 U.S.C. § 207. *Id*. ¶ 32.

11. The Petition computed GCE's total amount due, including interest, to be **£656,446.26**. *See also* Declaration of Tom Mercer submitted herewith as **Exhibit A**.

12. GCE was formally served with a Summons and the Petition on October 9, 2025, via service on GCE's registered agent in Wyoming. *See* ECF No. 7.

13. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), GCE's deadline to respond to Ashurst's Petition was October 30, 2025 (twenty-one days after service of the Summons and Petition).

14. On October 30, 2025, Ashurst filed an Unopposed Motion for Extension of Time requesting that GCE have up to and including November 7, 2025 to answer or otherwise respond to the Petition. ECF No. 8.

15. GCE did not answer or otherwise respond to the Complaint by November 7, 2025, and still has not done so.

16. On November 21, 2025, Ashurst filed a Request for Clerk's Entry of Default Against GCE. ECF No. 10.

17. The Clerk entered default that same day. ECF No. 11.

18.     Under Rule 55(b)(1), when a "plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person." These requirements have been satisfied here.

19.     Ashurst's claims are for a sum certain total of **£656,446.26**, composed of: £540,897.01 in principal due under the Final Award, £37,707.86 in interest due on the Final Award, £57,433.70 for legal costs incurred in the arbitration pursuant to the Final Award, £12,642.72 in arbitration costs pursuant to the Final Award, £7,500 in principal due under the Final Partial Award, and £264.97 in interest due on the Final Partial Award. *See* Exhibit A, Mercer Decl. ¶ 5.

20.     As noted above, GCE has defaulted by not appearing or otherwise responding to the Complaint. *See* ECF No. 11.

21.     GCE is a Wyoming LLC and, as such, neither a minor nor an incompetent person. Mercer Decl. ¶ 3; Fed. R. Civ. P. 55(b)(1).

22.      Ashurst now respectfully requests entry of default judgment against GCE pursuant to Rule 55(b)(1) for the sum certain of £656,446.26 plus post-judgment interest at the rate of 3.53%,[1] pursuant to 28 U.S.C. § 1961, to be computed daily to the date of payment and compounded annually.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

---

[1] Petitioner calculates this rate pursuant to https://fred.stlouisfed.org/series/DGS1 as of the date of this filing.

DATED:  December 24, 2025.

*/s/ Andrew Orr*
Andrew Orr (Wyo. State Bar # 7-6235)
HOLLAND & HART LLP
P.O. Box 68
Jackson, WY 83001
Telephone: (307) 739-9741
ACOrr@hollandhart.com

Macrina M. Sharpe (Wyo. State Bar # 7-5757)
HOLLAND & HART LLP
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: (307) 778-4200
MMSharpe@hollandhart.com

ATTORNEYS FOR PETITIONER

# Exhibit A

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Ashurst LLP,<br><br>    Petitioner,<br><br>vs.<br><br>Granite Creek Energy LLC,<br><br>    Respondent. | Civil Action No. 25-cv-00234 |

### AFFIDAVIT OF TOM MERCER IN SUPPORT
### OF REQUEST FOR DEFAULT JUDGMENT

I, Tom Mercer, am over the age of eighteen and make this affidavit pursuant to 28 U.S.C. § 1746 and based upon my personal knowledge of the facts and circumstances stated herein:

1. I am a partner of Ashurst LLP ("Ashurst") in its London office.

2. I was one of the Ashurst LLP attorneys assisting with the representation of Granite Creek Energy LLC ("GCE") in relation to Project Barracuda.

3. It is my understanding that GCE is a Wyoming LLC and, as such, neither a minor nor an incompetent person.

4. I submitted an affidavit in support of Ashurst's Petition to Confirm Arbitration Award ("Petition"). I have knowledge of Ashurst's damages claimed in the Petition and the basis for those damages.

5. Ashurst's claims are for a sum certain of **£656,446.26**, which consists of: £540,897.01 in principal due under the Final Award, £37,707.86 in interest due on the Final Award, £57,433.70 for legal costs incurred in the arbitration pursuant to the Final Award, £12,642.72 in arbitration costs pursuant to the Final Award, £7,500 in principal due under the Final Partial Award, and £264.97 in interest due on the Final Partial Award.

6. Ashurst calculated interest pursuant to SONIA and those calculations are reflected in Exhibit 5 to the Petition.  ECF No. 1.

7. It is my understanding that the Clerk of this Court entered Default on November 21, 2025. ECF No. 11.

8. Ashurst now requests the Clerk of this Court enter default judgment against GCE pursuant to Federal Rule of Civil Procedure 55(b)(1) for the sum certain of **£656,446.26**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 23, 2025

DocuSigned by:

Tom Mercer

35C5951506C94E5...

By: _____