

FILED

**Margaret Botkins**
**Clerk of Court**

12:34 pm, 12/30/25

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

Ashurst LLP,

    Petitioner,

vs.

Granite Creek Energy LLC,

    Respondent.

Civil Action No. 25-cv-00234

## ENTRY OF DEFAULT JUDGMENT

Having entered default against Respondent Granite Creek Energy LLC ("GCE") under Fed. R. Civ. P. 55(a) based on its failure to answer or otherwise respond to the Petition as required under Fed. R. Civ. P. 12, and having been apprised of the sum certain to which Petitioner Ashurst, LLP ("Ashurst") is entitled pursuant to the arbitration awards identified in the Petition to Confirm Foreign Arbitration Award, now, pursuant to Fed. R. Civ. P. 55(b)(1) the Clerk **HEREBY ENTERS DEFAULT JUDGMENT** in favor of Ashurst and against GCE for the sum certain of £656,446.26. Post-judgment interest shall accrue at the rate of 3.53% to be computed daily to the date of payment and compounded annually pursuant to 28 U.S.C. § 1961.

    DATED this 30th day of December 2025.

*Becky Harris* (signature)
Margaret Botkins, Clerk of Court
US District Court, District of Wyoming